Helvey & Associates, Inc.
1015 E Center Street Warsaw, IN 46580-3420
1-855-804-5727 (Para espanol, oprima numero dos)
EST 8am to 9pm Monday to Friday • 8am to 5pm Saturday
https://helveypay.com

To: NIDIA ORTIZ
429 Majesty Dr
Davenport FL 33837-0502

Reference: 8177050

February 16, 2022

**Helvey & Associates, Inc. is a debt collector.** We are trying to collect a debt that you owe to DUKE ENERGY FLORIDA. We will use any information you give us to help collect the debt.

### Our information shows:
You had an account with DUKE ENERGY FLORIDA with account number 910068200437.

| | |
|---|---|
| As of February 9, 2022, you owed: | $340.81 |
| Between February 9, 2022 and today: | |
| You were charged this amount in interest: | + $0.00 |
| You were charged this amount in fees: | + $0.00 |
| You paid or were credited this amount toward the debt: | $+0.00 |
| Total amount of the debt now: | $340.81 |

### How can you dispute the debt?
- Call or write to us by March 28, 2022, to dispute all or part of the debt. If you do not, we will assume that our information is correct.
- If you write to us by March 28, 2022, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or you may write to us without the form. You may also include supporting documents. We accept disputes electronically at consumersupport@hlv.com.

### What else can you do?
- Write to ask for the name and address of the original creditor if different from the current creditor. If you write by March 28, 2022, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at consumersupport@hlv.com.
- Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options or go online at https://helveypay.com using the reference number 8177050.

**Notice:** See reverse side for important information.

29_CU008100_MNV1

---

Return Mail:

CU008100
PO Box 1280
Oaks PA 19456-1280

February 16, 2022

MVN1    200967776
|||·||||||·||·|||··|||·||||··|||||·|··|·|·||·|·|·||·|||·
NIDIA ORTIZ
429 Majesty Dr
Davenport FL 33837-0502

### How do you want to respond?
Check all that apply:
- ☐ I want to dispute the debt because I think:
    - ☐ This is not my debt.   ☐ The amount is wrong.
    - ☐ Other (please include additional information).
- ☐ I want you to send me the name and address of the original creditor.
- ☐ I enclosed this amount:    $_____

Make your check payable to Helvey & Associates, Inc.
Include the reference number 8177050.

Mail this form to:

||·|··||·||||·|·|·|··||·|····||·|·||·|||·|·|||·|||||
Helvey & Associates, Inc.
1015 E Center Street
Warsaw IN 46580-3420